


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 556-9800

April 5, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

**RECEIVED**
CLERK U.S. DISTRICT COURT
APR 10 2006
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-15616 | Markham v. USA | CV-03-00257-SOM |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Marian Foreman
Deputy Clerk

Enclosure(s)
cc: All Counsel