# M E M O R A N D U M

TO:        Office of the Clerk
           United States District Court for the District of Hawaii


FROM:      Chambers of Hon. M. Margaret McKeown
           United States Court of Appeals for the Ninth Circuit
           401 W. A Street, Suite #2000
           San Diego, CA 92101

DATE:      May 12, 2006

RE:        Markham v. United States
           No. 04-15616
           D.C. No. cv-03-00257-SOM-KSC

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 2 6 2006
DISTRICT OF HAWAII

The record in the above-referenced case is being returned to you.  Thank you.

           1 original clerk's pleadings.

           (1) transcript 5/30/06 verified


cc:        Records Department
           Office of the Clerk
           United States Court of Appeals for the Ninth Circuit
           95 Seventh Street
           San Francisco, CA  94103


SCANNED

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 17, 2005

RECEIVED
CLERK. U.S. DISTRICT COURT

MAY 2 6 2006

DISTRICT OF HAWAII

Judge Mary M. McKeown
U.S. Court of Appeals
401 West A Street Ste 2000
San Francisco, CA 92101

In Re:  James Markham vs. USA, Elaine L. Chao, et al.
CV 03-00257SOM-KSC
CA No. 04-15616

Dear Judge Mary M. McKeown,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    1

Sealed document in expanding folder:
    NONE

Reporters transcripts:
    (1) One - 05/25/2004

and a certified copy of the docket sheet.  Thank you.

Sincerely,

SUE BEITIA, Clerk

By:

ACKNOWLEDGMENT: